**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE TAYBRON, | |
| Plaintiff, | No. C 06-04066 JSW |
| v. | |
| ALLSTATE INSURANCE CO. and DOES 1-50, inclusive, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on August 25, 2006 on Defendant Allstate Insurance Co.'s motion to dismiss, for summary judgment, or to stay the proceedings.. The Court HEREBY ORDERS that Plaintiff Valerie Taybron's opposition brief to this motion shall be due by July 28, 2006 and Defendant's reply brief shall be due by August 4, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Phyllis J. Hamilton