MICHAEL S. SORGEN (State Bar No. 43107)
THE LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342
Email: msorgen@sorgen.net

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE TAYBRON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE CO., and DOES 1 - 50, inclusive,<br><br>Defendants. | No. C 06-04066 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>[F.R.C.P. 41(A)(1)(II)] |

Plaintiff Valerie Taybron and defendant Allstate Insurance Company hereby agree that this action should be dismissed in its entirety without prejudice, with each party to bear her or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this dismissal.

- 1 -

CASE NO. C 06-04066 JSW　　　　　　　　　　　　　　　　　　　　　　　　STIPULATION AND PROPOSED ORDER RE DISMISSAL

1  IT IS SO STIPULATED.

2  Respectfully submitted,

3  Dated: October 29, 2007  THE LAW OFFICES OF MICHAEL S. SORGEN

5  By: /S/
   MICHAEL S. SORGEN

Attorneys for Plaintiff
VALERIE TAYBRON

8  Dated: October 29, 2007  SONNENSCHEIN NATH & ROSENTHAL LLP

10  By: /S/
    SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

14  IT IS SO ORDERED.

17  Dated: October 30, 2007  *[signature: Jeffrey S. White]*
The Honorable Jeffrey S. White
United States District Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

- 2 -

CASE NO. C 06-04066 JSW

STIPULATION AND PROPOSED ORDER RE DISMISSAL